IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **OILY H. THOMAS, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. **05-380 - JPG** |
| | ) | |
| **ROGER E. WALKER, JR., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE and ORDER</u>

**PROUD, Magistrate Judge:**

Defendants have filed a Motion for Summary Judgment on the issue of exhaustion.
**(Doc. 33)**.  The motion is supported by an affidavit.

*Lewis v. Faulkner*, **689 F.2d 100 (7th Cir. 1982)** requires that, when a defendant has filed a motion for summary judgment supported by affidavit, "a prisoner who is a plaintiff in a civil case and is not  represented by counsel is entitled to receive notice of the consequences of failing  to respond with affidavits to a motion for summary judgment." *Lewis*, **at 102**.

The Court reminds defendants' attorneys that the Seventh Circuit expects that the required notice will be filed by **<u>defendant</u>** along with the motion, thereby relieving the Court of the necessity of preparing the notice. *Lewis v. Faulkner*, **689 F.2d 102-103.**

**<u>Plaintiffs are hereby notified that</u> Fed.R.Civ.P. 56(e)** states:

When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of the adverse party's pleading, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial.  If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

1

**Plaintiffs are further notified that** the Court will accept as true any assertion of fact in the movants' affidavits unless the plaintiff submits his own affidavits or other documentary evidence contradicting the assertion.  The motion will be considered separately as to each plaintiff.  Plaintiff may not merely rely on the allegations made in the complaint.  He has to come forward at this stage with affidavits or other evidence to contradict the factual assertions made in the affidavits offered in support of the motions for summary judgment.

Plaintiffs shall file their responses to the motion by **June 25, 2007.**  Failure to respond to the motion will be deemed to be an admission of the merits of the motion.  SDIL-LR 7.1(c).

**IT IS SO ORDERED.**

**DATED: May 22, 2007.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**

2