IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **OILY H. THOMAS, et al.**, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | Civil No. **05-380-JPG** |
| ) | |
| **ROGER E. WALKER, JR., et al.**, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is plaintiffs Thomas and Armstrong's motion to strike the defendants' motion to dismiss **(Doc. 26)** because it failed to state a viable legal defense. **(Doc. 28;** *see also* **Fed.R.Civ.P. 12(f)).**

This Court has issued a Report and Recommendation as to the defendants' motion to dismiss **(Doc. 26)**, in which plaintiff's arguments were analyzed. This Court found the defendants arguments well taken and now adopts the analysis of the Report and Recommendation for purposes of this motion.

**IT IS THEREFORE ORDERED** that the motion to strike the defendants' motion to dismiss **(Doc. 28)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED: July 25, 2007**

                                              **s/ Clifford J. Proud**
                                              **CLIFFORD J. PROUD**
                                              **U. S. MAGISTRATE JUDGE**