UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OILY H. THOMAS, PETER GUZMAN, JAMES ARMSTRONG and BRIAN SMITH,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROGER E. WALKER, JR., SALVADOR GODINEZ, SHELTON FRYE, RUANN TANNER and OFFICER DELGADO,<br><br>    Defendants. | Case No. 05-cv-380-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Oily Thomas's motion for leave to proceed on appeal *in forma pauperis* (Doc. 73).

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). A frivolous appeal cannot be made in good faith. *Lee v. Clinton*, 209 F.3d 1025, 1026-27 (7th Cir. 2000). The test for determining if an appeal is in good faith or not frivolous is whether any of the legal points are reasonably arguable on their merits. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (citing *Anders v. California*, 386 U.S. 738 (1967)); *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000).

With his petition for leave to appeal *in forma pauperis,* an applicant must include an affidavit setting forth his inability to pay or give security for the fees and costs he must pay, a claim of entitlement to redress, and the issues that the party intends to present on appeal. Fed. R. App. P. 24(a)(1). A prisoner must also include a certified copy of his trust fund account statement or institutional equivalent for the 6-month period immediately preceding the filing of

the notice of appeal.  28 U.S.C. § 1915(a)(2).  Without a statement of issues the applicant intends to pursue on appeal, the Court cannot determine whether an appeal would be frivolous.  Thomas has included none of these things in his motion.

**IT IS THEREFORE ORDERED** that plaintiff Thomas shall submit on or before December 14, 2007, a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the notice of appeal as well as a claim of entitlement to redress and the issues that he intends to present on appeal.  Plaintiff is **ADVISED** that in the event he has been transferred among institutions during this six-month period, it is plaintiff's responsibility to obtain a copy of his prison trust account statement from each such facility and to forward it to the Court.  The Court **RESERVES RULING** on the motion for leave to proceed *in forma pauperis* until December 14, 2007.  Should Thomas fail to submit the required information, the Court may deny his motion.

**IT IS SO ORDERED.**
**DATED:  November 16, 2007**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**