UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OILY H. THOMAS, PETER GUZMAN, JAMES ARMSTRONG and BRIAN SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>ROGER E. WALKER, JR., SALVADOR GODINEZ, SHELTON FRYE, RUANN TANNER and OFFICER DELGADO,<br><br>Defendants. | Case No. 05-cv-380-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Oily Thomas's motion for leave to proceed on appeal *in forma pauperis* (Doc. 75). A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). A frivolous appeal cannot be made in good faith. *Lee v. Clinton*, 209 F.3d 1025, 1026-27 (7th Cir. 2000). The test for determining if an appeal is in good faith or not frivolous is whether any of the legal points are reasonably arguable on their merits. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (citing *Anders v. California*, 386 U.S. 738 (1967)); *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000).

With his petition for leave to appeal *in forma pauperis*, Thomas failed to include a certified copy of his trust fund account statement or institutional equivalent for the 6-month period immediately preceding the filing of the notice of appeal as required by 28 U.S.C. § 1915(a)(2) or to set forth a claim of entitlement to redress and the issues that he intends to present on appeal as required by Fed. R. App. P. 24(a)(1). On November 16, 2007, the Court

ordered Thomas to submit these items on or before December 14, 2007, and warned Thomas that the Court could deny his motion if he failed to submit the required information. Thomas has submitted nothing. Without the required information the Court cannot say that Thomas is indigent or that his appeal is in good faith. Therefore, the Court **DENIES** Thomas's motion for leave to proceed on appeal *in forma pauperis* (Doc. 75) and **CERTIFIES** that this appeal is not taken in good faith.

**IT IS SO ORDERED.**
**DATED: February 11, 2008**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**