UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OILY H. THOMAS, PETER GUZMAN, JAMES ARMSTRONG and BRIAN SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>ROGER E. WALKER, JR., SALVADOR GODINEZ, SHELTON FREY, RUANN TANNER and OFFICER DELGADO,<br><br>Defendants. | Case No. 05-cv-380-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the claims of plaintiffs Oily H. Thomas, Peter Guzman, James Armstrong and Brian Smith in Count 1 for money damages are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that the claims of plaintiffs Oily H. Thomas, Peter Guzman, James Armstrong and Brian Smith in Count 1 for injunctive relief are dismissed without prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment on Count 2 is entered in favor of defendants Roger E. Walker, Jr., Salvador Godinez, Shelton Frey, Ruann Tanner and Officer Delgado and against plaintiffs Oily H. Thomas, Peter Guzman, James Armstrong and Brian Smith and that Count 2 is dismissed with prejudice.

| | |
|---|---|
| **DATED:** November 4, 2008 | NORBERT JAWORSKI, CLERK<br><br>S/Brenda K. Lowe, Deputy Clerk |

**Approved:** s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**